THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY BORGES, Appellant.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RODGER BROWN, Appellant.—

Munder, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.